

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-16-00441-CR

## IN RE NELSON PARNELL, JR.

---

## Original Proceeding

---

## O R D E R   O N   R E H E A R I N G

---

Relator's Motion for Rehearing, filed on March 27, 2017, is denied.[1]

Relator's Motion for an Order for Partial Reporter's Record, filed on March 31, 2017, is also denied.

PER CURIAM



Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Rehearing denied
Motion denied
Order issued and filed April 19, 2017

---

[1] We denied relator's petition for writ of mandamus on March 15, 2017. Contrary to his assertions in his motion for rehearing, we did not issue a writ in this proceeding to compel the trial court to rule on relator's motion.